UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOCAL 134, IBEW,

    Plaintiff,

v.

APOLLO VIDEO TECHNOLOGY,

    Defendant.

Case No. MC17-0037RSL

ORDER DENYING MOTION TO COMPEL

This matter comes before the Court on Local 134, IBEW's "Motion to Compel Compliance with Subpoena." Dkt. # 1. Plaintiff seeks to compel compliance with a subpoena issued by an arbitrator in Illinois. The subpoena did not specify a return date, instead stating that the documents must be delivered at Apollo Video Technology's "earliest convenience." Dkt. # 1-1 at 1. Only twenty-one days passed between the date the subpoena was mailed to Apollo and the date this motion was filed.

More fundamentally, there is no indication that Apollo was served with this motion or otherwise given an opportunity to respond to the requested relief. The motion to compel is therefore DENIED without prejudice to a second request with proper notice to defendant.

Dated this 19th day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO COMPEL